AO 442 (Rev. 11/11) Arrest Warrant

#11309664

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

United States of America
v.

DAIRIAN JERMAINE LEWIS

)
)
)
)
)
)

Case No.   DR-21-CR-01316 (01)

*Defendant*

**RECEIVED**

JAN 2 4 2025

U.S. MARSHALS W/TX DEL RIO

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   DAIRIAN JERMAINE LEWIS
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment         ❐ Superseding Indictment         ❐ Information         ❐ Superseding Information         ❐ Complaint
❐ Probation Violation Petition         ☑ Supervised Release Violation Petition         ❐ Violation Notice         ❐ Order of the Court

This offense is briefly described as follows:

   PLEASE SEE ATTACHMENT

A true copy of the original, I certify.
Clerk, U.S. District Court

By: _____
       Deputy Clerk

Date:    01/23/2025

_____
*Issuing officer's signature*

V. Garcia, Operations Clerk
*Printed name and title*

City and state:    Del Rio, Texas

Chief U.S. District Judge Alia Moses

Bail fixed at $:    NO BOND

*Judicial Officer's Name*

| **Return** |
|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Del Rio Arrest Warrant Rev. 1/22